**MICHAEL W. KWASNIK**
18071 Biscayne Boulevard, Apt. 1501
Aventura, Florida 33160

March 29, 2013

Honorable Anne Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
One John F. Gerry Plaza
Camden, N.J. 08101

RE: *COLONY INSURANCE COMPANY v. KWASNIK, et al.*
United States District Court, District of New Jersey
<u>CIVIL ACTION No. 12-CV-00722</u>

<u>Plaintiff's Motion to Compel Deposition Returnable April 1, 2013</u>

Dear Judge Donio,

As I indicated in my letter, dated March 26, 2013, concerning the above referenced matter, I am submitting my response prior to Plaintiff's motion date of April 1, 2013. As I indicated previously, the Plaintiff did not serve me with this motion, since I moved to Florida on February 28, 2013. My new Florida Driver's License bears the date of March 1, 2013, and Plaintiff filed his motion on March 8, 2013. I did not see Plaintiff's motion papers until March 25, 2013. I kindly request the Court to accept the foregoing response to Plaintiff's motion and adjourn the April 1, 2013 motion date for two weeks.

Respectfully submitted,

MICHAEL W. KWASNIK
*Pro Se Defendant*

cc: Howard Z. Kanowitz, Esq.
Robert J. Keltos, Esq.
David DeClement, Esq.
Robert Walsh, Esq.

**RECEIVED**

APR - 1 2013

ANN MARIE DONIO
U.S. Magistrate Judge

# MICHAEL W. KWASNIK
18071 Biscayne Boulevard, Apt. 1501
Aventura, Florida 33160

March 26, 2013

Honorable Anne Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
One John F. Gerry Plaza
Camden, N.J. 08101

RE: *COLONY INSURANCE COMPANY v. KWASNIK, et al.*
**United States District Court, District of New Jersey**
<u>**CIVIL ACTION No. 12-CV-00722**</u>

<u>**Plaintiff's Motion to Compel Deposition Returnable April 1, 2013**</u>

Dear Judge Donio,

As you know, I am a Pro Se Defendant in the above referenced matter. I am in receipt of the attached letter dated March 25, 2013. This letter, sent by Plaintiff's counsel to you, misstates facts. I am sending this letter to set the record straight.

<u>First</u>, David DeClement, Esq., represents my former law firm, Kwasnik, Kanowitz & Associates, P.C., pursuant to Judge Noel Hillman's December 2012 Order; in this matter;

<u>Second</u>, David DeClement, Esq., does not represent me. I am a Pro Se Defendant in this matter;

<u>Third</u>, I did not choose "to leave the State" as Plaintiff's counsel states. My Pennsylvania residence is in the late stages of foreclosure and I have been unemployed for 17 months. I moved to Florida on February 28, 2013 for employment, and my legal residence is in Florida, as of March 1, 2013. This move was necessary so that I could support my unemployed wife and my three year old son;

<u>Fourth</u>, I was NOT noticed and served with Plaintiff's Motion until yesterday, March 25, 2013. I want to respond to this Motion, and I will do so before March 31, 2013; and

<u>Fifth</u>, I have a Meritorious Defense to Plaintiff's Motion and humbly request this court to adjourn the April 1, 2013 motion date for two weeks, and accept my response to Plaintiff's

1

Motion which will be filed prior to March 31, 2013.

In conclusion, I respectfully submit this letter to your Honorable Court as a response to Plaintiff's March 25, 2013 letter, and a formal response to Plaintiff's Motion will be submitted prior to March 31, 2013.

I thank you, in advance, for your courtesies.

Respectfully submitted,

MICHAEL W. KWASNIK
*Pro Se Defendant*

cc: Robert F. Walsh, Esq.
   Howard Z. Kanowitz, Esq.
   Robert Keltos, Esq.
   David DeClement, Esq

2