```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

 COLONY INSURANCE COMPANY,

        Plaintiff,            CIVIL NO. 1:12-cv-00722
    v.                                  (NLH/AMD)

 KWASNIK, KANOWITZ &
 ASSOCIATES, P.C. et. al,         **ORDER**
        Defendants.

**HILLMAN, District Judge**

    For the reasons set forth in the accompanying Opinion, it is on this __27th__ day of __June__, 2014, hereby

    **ORDERED** that Plaintiff's combined Motion [Doc. No. 80] for Summary Judgment and Default Judgment is **GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART**; and it is further

    **ORDERED** that judgment shall be entered in favor of Plaintiff Colony Insurance Company ("Colony") on its claim to rescind the lawyer's professional liability insurance policy as to Defendants Michael Kwasnik ("Kwasnik") and Kwasnik, Kanowitz, & Associates, P.C. ("KKA"); and it is further

    **ORDERED** that judgment shall be entered in favor of Colony on its claim alleging violations of the New Jersey Insurance Fraud Prevention Act ("IFPA") by Kwasnik and KKA; and it is further

**ORDERED** that Colony's request for damages pursuant to the IFPA is **DENIED WITHOUT PREJUDICE**, and that Colony is **GRANTED** leave to submit a motion for costs, expenses, and attorneys' fees pursuant to Federal Rule of Civil Procedure 54 and in accordance with the specifications in the accompanying Opinion; and it is further

**ORDERED** that Count III of Colony's Complaint [Doc. No. 1] is **DISMISSED AS MOOT**; and it is further

**ORDERED** that crossclaimants Kwasnik, Howard Kanowitz, and Robert Keltos shall show cause within ten (10) days of entry of this Order why the Court should not dismiss their respective Crossclaims [Doc. No. 6, 9, 11], in accordance with Local Civil Rule 41.1(a), for failure to prosecute.

                                                   s/ Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey